William E. Peterson (Nevada Bar #1528)
SNELL & WILMER L.L.P.
50 West Liberty Street
Suite 510
Reno, Nevada 89501
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: wpeterson@swlaw.com

Attorneys for Plaintiff SCAP 9, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCAP 9, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRIES REGULATORY AUTHORITY, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  3:22-cv-00380-MMD-CLB |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**FOR PLAINTIFF TO RESPOND TO DEFENDANT'S**

**MOTION TO DISMISS (FIRST REQUEST FOR EXTENSION)**

IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel of record, that the Court extend the time for Plaintiff to respond to Defendant's Motion to Dismiss to **October 7, 2022** and Defendant's reply to **November 4, 2022**.

The Parties respectfully submit that the requested extension is necessary and good reasons exist to modify the dates given the conflicting schedules of counsel and their clients.  The Parties have conferred and stipulated and agreed to the relief requested herein.  This is the first request for an extension of time in this action.

4866-4321-3618.1

Dated: September 9, 2022            SNELL & WILMER L.L.P.

By: */s/ William E. Peterson*
    William E. Peterson
    50 West Liberty Street, Suite 510
    Reno, NV 89501

*Attorney for Plaintiff*

Dated: September 9, 2022            LEACH KERN GRUCHOW ANDERSON SONG

By: */s/ Ryan D. Hastings*
    Ryan D. Hastings
    5421 Kietzke Lane, Suite 200
    Reno, NV 89511

*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/9/2022

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** by the method indicated:

| | |
|---|---|
| XXXXXXX | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Hand Delivery |

DATED:  September 9, 2022.

                                                    */s/ Vicki Quarve*
                                                    An employee of SNELL & WILMER L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4866-4321-3618.1

- 3 -