AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SCAP9, LLC,

        Plaintiff,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:22-cv-00380-MMD-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 7) is **granted** and Plaintiff's Complaint (ECF No. 1-1) is **dismissed** in its entirety.

    **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly and close this case.



Date: March 31, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk